The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLIE BRICKMAN,<br><br>               Plaintiff,<br><br>   v.<br><br>BONNEVILLE INTERNATIONAL CORPORATION,<br><br>              Defendant. | No. 2:19-cv-01804-RSL<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Ashlie Brickman and defendant Bonneville International Corporation, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

STIPULATION OF DISMISSAL (2:19-cv-01804-RSL) - 1

Dated: July 8, 2020

**Barshay Sanders PLLC**

By  /s Craig B. Sanders
Craig Sanders
WSBA#46986
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Telephone: 516-203-7600
Facsimile: 516-282-7878
*Attorneys for Plaintiff*

**Davis Wright Tremaine LLP**

By: /s *Eric M. Stahl*
Eric M. Stahl
WSBA #27619
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Fax:  206-757-8534
Email:  ericstahl@dwt.com

**Ballard Spahr LLP**

Thomas B. Sullivan
(admitted *pro hac vice*)
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212-850-6139
Fax:  212-223-1942
Email:  sullivant@ballardspahr.com

*Attorneys for Defendant*

**SO ORDERED.**

[signature]   Date: July 10, 2020

Hon. Robert S. Lasnik, U.S.D.J.